[No. 2393.  Decided November 27, 1896.]

E. D. BACON *et al., Appellants,* v. CITY OF SEATTLE, *Respondent.*

Appeal from Superior Court, King County.

*Stratton, Lewis & Gilman,* for appellants.

*John K. Brown,* and *Battle & Shipley,* for respondent.

*Per Curiam.*—The appellants, in the elaborate brief filed in this cause, have attempted to distinguish it from the cases of *Frederick v. Seattle,* 13 Wash. 428 (43 Pac. 364), and *Cline v. Seattle,* 13 Wash. 444 (43 Pac. 367); but a careful examination of every question discussed has failed to satisfy us that this case does not fall fairly within the principles therein announced, and upon the authority of those cases the judgment must be affirmed.

[No 2347.  Decided November 30. 1896.]

THE STATE OF WASHINGTON ON THE RELATION OF AMSTERDAMSCH TRUSTEES KANTOOR, v. SUPERIOR COURT OF SPOKANE COUNTY AND NORMAN BUCK, *Judge thereof.*

*Original Application for Prohibition.*

*Binkley, Taylor & McLaren,* and *Graves, Wolf & Graves,* for relator.

*Cyrus Happy,* for respondents.

ANDERS, J.—This case presents substantially the same questions that were involved and determined in the case of *State, ex rel. Amsterdamsch Trustees Kantoor v. Superior Court, ante,* p. 668, and for the reasons given in the opinion therein, the peremptory writ of prohibition must be granted.

HOYT, C. J., and SCOTT, J., concur.